UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BANKRUPTCY COURT

IN RE:                                              CASE NO: 09-37434-EKP
                                                    Chapter 7

ANITA MANDAL, M.D.,
    Debtor
-----------------------------------/
ANITA MANDAL, M.D.,
    Debtor
vs

NEIMAN MARCUS
-------------------------------------/

## COMPLAINT TO DETERMINE DISCHARGABILITY

Debtor, **Anita Mandal**, by and through her undersigned Counsel files this Complaint to Determine Dischargability and alleges as follows:

1.    This is a Chapter 7 proceeding filed by the Debtor on 12/11/09. The Debtor submitted to a 341 meeting and otherwise complied with all of the requirements. The Trustee filed a report of no distribution on or about March 25, 2010 and no objection to the report was made in the no asset case. The proceeding resulted in a discharge on or about 6/3/10.

2.    Subsequently the Debtor determined the creditor identified in this action was inadvertently omitted from the schedules. The debtor is an individual but also maintains a professional practice. The Debtor sought to discharge the individual debtors but not the normal trade debts of her medical practice. This caused some confusion and some of the individual debts of the debtor were inadvertently omitted. The Court entered an order on

December 3, 2010 granting the Debtor's motion to reopen the case under Local Rule 5010-1 (B) solely for the purpose of adding an omitted creditor. This matter resulted in various motions which essentially granted leave through today February 23, 2011 to file this action. This action is timely filed.

    3.    The Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. § 157 and § 1334.

    4.    Venue is proper in the district pursuant to 28 U.S.C. § 1409.

    5.    This is an adversary proceeding and a core proceeding pursuant to U.S.C. § 157.

    6.    Pursuant to the Courts Order to Reopen Case to Add Omitted Creditior dated December 3, 2010, the Debtor Anita Mandal files this complaint to determine dischargeability of the claim of debt of the following creditors to wit:

    a.)    Neiman Marcus
           Spectracell Laboratories
           10401 Town Park Drive
           Houston TX 77072
           Amount $7000
           Acct No. 43034877712

    7.    The claims arise out of consumer debts or revolving installment credit card debt.

    8.    The claims of the creditors are dischargable under 11 U.S.C. §523(a)

Wherefore the Plaintiff, Debtor, Anita Mandal requests this Honorable Court render a determination that the claim of the creditors is dischargeable under 11 U.S.C. §523(a) and

grant any other relief the court deem appropriate and just.

## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that on February 23, 2011, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on the parties on the service list attached either by CM/ECF or by mail as indicated below this February 23, 2011

        Law Offices of Lawrence U. Taube
        Attorney for Debtor
        500 Australian Avenue South, Suite 630
        West Palm Beach, FL 33480
        Telephone: (561) 651-4160
        Facsimile:  (561) 651-4161
        Email: larry@larrytaube.com

        BY: **S/LAWRENCE U. TAUBE**
        LAWRENCE U. TAUBE, ESQ.
        Florida Bar No.: 398608

## Service List

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

Neiman Marcus
Spectracell Laboratories
10401 Town Park Drive
Houston TX 77072